## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-cv-1143 |
| ) | |
| JOHN BALDWIN, *et al.*, ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

### DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Defendants TJ Francis, Kyle DeLong and Andrew Slusser, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, and for their Answer and Affirmative Defenses to Plaintiff's Amended Complaint, ECF # 21, pursuant to the Court's Merit Review Order of May 8, 2020, ECF #20, states as follows:

### ALLEGATIONS ENUMERATED IN THIS HONORABLE
### COURT'S ORDER DATED MAY 8, 2020

1. Pursuant to its merit review of the Complaint under 28 U.S.C. § 1915A, the Court found that Plaintiff stated an Eighth Amendment excessive force claim against TJ Francis.

2. **ANSWER: Defendant admits that Plaintiff's Complaint states a claim under 42 U.S.C. § 1983, but denies any violation of Plaintiff's constitutional rights whatsoever, and further denies that Plaintiff is entitled to any relief whatsoever.**

3. The Court also found that Plaintiff stated an Eighth Amendment excessive force claim against Defendants Kyle DeLong and Andrew Slusser.

4. **ANSWER: Defendants admit that Plaintiff's Complaint states a claim under 42 U.S.C. § 1983, but deny any violation of Plaintiff's constitutional rights whatsoever, and further deny that Plaintiff is entitled to any relief whatsoever.**

5. The Court also found that Plaintiff stated an Eighth Amendment claim against Defendant John Doe.

6. **ANSWER: Plaintiff's Eighth Amendment claim is not brought against the answering Defendants. As such, no answer is required. To the extent an answer is required, Defendants admit that Plaintiff's Complaint states a claim under 42 U.S.C. § 1983, but deny any violation of Plaintiff's constitutional rights whatsoever, and further deny that Plaintiff is entitled to any relief whatsoever.**

## RELIEF REQUESTED

Defendants deny that Plaintiff is entitled to any relief whatsoever.

## JURY DEMANDED

Defendants demand a trial by jury in this matter.

## AFFIRMATIVE DEFENSES

1. **Qualified Immunity**

At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

2. **Sovereign Immunity**

To the extent that Plaintiff has alleged claims for damages against Defendants in their official capacity, those claims are barred by the Eleventh Amendment.

3. **Injunctive Relief Barred**

Plaintiff is suing Defendants for injunctive relief not intended to address ongoing violations. Plaintiff's requests for such relief are barred by the Eleventh Amendment, sovereign immunity, and the Prison Litigation Reform Act.

**4. Exhaustion of Administrative Remedies**

Plaintiff has filed suit concerning his time in Illinois Department of Corrections' custody. Plaintiff has failed to properly exhaust his administrative remedies regarding at least one of his claims as is required prior to filing suit under 42 U.S.C. §1983, and his claims are, therefore, barred by the Prison Litigation Reform Act (42 U.S.C. §1997e(a)) and *Perez v. Wisconsin Dept. of Corrections*, 182 F. 3d 532 (7th Cir. 1999).

Dated: July 7, 2020

                                          Respectfully submitted,

KWAME RAOUL
Attorney General for Illinois
*Counsel for Defendants,*
TJ FRANCIS, KYLE DELONG, and
ANDREW SLUSSER                     By:   /s/ *Bridget L. Schott*
                                                                          Bridget L. Schott
                                                                          Assistant Attorney General
                                                                          1776 E. Washington Street
                                                                          Urbana, IL 61802
                                                                          (217) 278-3329
                                                                          bschott@atg.state.il.us

# CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2020, the foregoing document, *Defendants' Answer and Affirmative Defenses*, was electronically filed with the Clerk of the Court using the CM/ECF system. Parties of record may obtain a copy through the CM/ECF system.

And I hereby certify that on the same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

Mark Scott (#K68188)
Stateville Correctional Center
Inmate Mail/Parcels
PO Box 112
Joliet, IL 60434

Respectfully submitted,

/s/ *Bridget L. Schott*
Bridget L. Schott
Assistant Attorney General
1776 E. Washington Street
Urbana, IL 61802
(217) 278-3329
bschott@atg.state.il.us