IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MARK SCOTT,
    Plaintiff,

vs.

JOHN BALDWIN, et al.,
    Defendants.

Case No. 19-cv-1143

SCANNED AT STATEVILLE CC and E-mailed
10/25/20by mc 2 pages
date   initials   No.

## PLAINTIFF'S MOTION IDENTIFYING DEFENDANT JOHN DOE

NOW COMES Plaintiff, Mark Scott, pro se, and pursuant to this Court's Merit Review Order of May 8, 2020, [Doc. 20], identifying Defendant John Doe. In support of this motion, Plaintiff states the following:

1. In this Court's Merit Review Order of May 8, 2020, [Doc. 20], this Court found that Plaintiff stated an Eighth Amendment claim for the method used to conduct his strip search, yet, the plaintiff did not identify the person responsible.

2. Plaintiff has now identified this person to be Defendant Thomas Francis.

WHEREFORE, Plaintiff asks that this Court recognize Defendant John Doe as Defendant Thomas Francis.

October 25, 2020

Respectfully Submitted,

*Mark Scott*

Mark Scott #K68188
Stateville C.C.
P.O. Box 112
Joliet, IL 60434

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby declare that on October 25, 2020, I placed the foregoing Plaintiff's Motion Identifying Defendant John Doe, into the institutional mail at Stateville C.C., addressed to the Law Library, to be filed with the Clerk of the Court, using the CM/ECF system.

/s/ *Mark Scott*
Mark Scott # K68188
Stateville C.C.
P.O. Box 112
Joliet, IL 60434

I, Mark Scott, swears under penalty of perjury (28 U.S.C. 1746, 18 U.S.C. 1621) that the above is true and correct to the best of my knowledge and belief.

*Mark Scott*
October 25, 2020