AO 458 (Rev. 06/09)  Appearance of Counsel

E-FILED
Monday, 13 March, 2023 11:49:12 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
для for the
Central District of Illinois

| Mark Scott | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-cv-1143 |
| John Baldwin, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Mark Scott .

Date:  03/13/2023

/s/: Brad Thomson
*Attorney's signature*

Brad Thomson
*Printed name and bar number*

People's Law Office
1180 N. Milwaukee Ave
Chicago IL, 60642
*Address*

brad@peopleslawoffice.com
*E-mail address*

(773) 235-0070
*Telephone number*

(773) 235-6699
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| Mark Scott | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   19-cv-1143 |
| John Baldwin, et al. | ) | |
| *Defendant* | ) | |

CERTIFICATE OF SERVICE

I certify that on  03/13/2023 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

all counsel of record,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

/s/: Brad Thomson
*Attorney's signature*

Brad Thomson
*Printed name and bar number*

People's Law Office
1180 N. Milwaukee Ave
Chicago IL, 60642
*Address*

brad@peopleslawoffice.com
*E-mail address*

(773) 235-0070
*Telephone number*

(773) 235-6699
*Fax number*