**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| MARK SCOTT,              )<br>                              )<br>     Plaintiff,           )<br>                              )   Case No. 19-cv-1143<br>v.                            )<br>                              )   Judge Colin Sterling Bruce<br>JOHN BALDWIN, et al.,   )<br>                              )<br>     Defendants.        )   | |

## PLAINTIFF'S PROPOSED VOIR DIRE

Plaintiff Mark Scott, by and through his counsel, proposes the following voir dire questions.

1. Please raise your hand if you or any friends or family members have ever worked in law enforcement (including as a prison guard or other correctional officer, police officer, probation officer, or prosecutor). (Then ask each hand-raiser about the circumstances.)

2. Please raise your hand if you have ever made any kind of financial contribution to any group, association, or organization that represents law enforcement officers or that supports of promotes their interests. (Please ask each hand-raiser to explain.)

3. Please raise your hand if you have ever been inside of a prison. (Then ask each hand-raiser to explain.)

4. Please raise your hand if you have had any positive or negative experiences with prison guards of correctional officers. (Then ask each hand-raiser to explain the circumstances and say whether the experience might make him or her lean toward one side or the other in this case.)

5. Please raise your hand if it might be difficult for you to bring in a verdict against a prison guard in a case where the victim of the alleged wrongdoing was a prisoner.

6. Please raise your hand if it might be difficult for you to bring in a verdict against a prison guard in a case where the victim of the alleged wrongdoing was African-American.

7. Would any of you feel that you or members of your family might be somewhat embarrassed if it were to become known that you had sat on a jury which brought a verdict in favor of an African-American man claiming wrongdoing by prison guards? (Then ask each hand-raiser about his or her reasons for thinking so.)

8. Some people might be uncomfortable evaluating the conduct of a prison guard because they think of prison guards as serving the community in a dangerous job, please raise your hand if you agree and might find it somewhat difficult to judge a prison guards' actions.

9. Some people feel that all persons are entitled to their constitutional rights, while other people may fee that prison inmates are less entitled to their rights. Please raise your hand if you feel that prison inmates have less constitutional rights due to having been convicted of a crime. (Ask each person raising their hand to explain why.)

10. Please raise your hand if you would be inclined to give the testimony under oath of a prison guard more weight compared to a prison inmate, simply because the witness was a prison guard. (Ask each hand-raiser to explain why.)

11. Please raise your hand if you have any personal values or religious beliefs that might make it difficult for you to award full compensation to a victim of wrongdoing by prison guards. (Ask each hand-raiser to explain.)

Dated: June 12, 2023                    Respectfully submitted,


                                        /s/ Hakeem Muhammad
                                        Ben H. Elson, Brad J. Thomson
                                        Hakeem Muhammad
                                        PEOPLE'S LAW OFFICE
                                        1180 N. Milwaukee Ave.
                                        Chicago, IL 60642
                                        (773) 235-0070