UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

VIDEO WRIT

| Case Name: Scott v Baldwin et al | Case Number: 19-1143 | Beginning Date: 11/27/2023<br><br>Type of Hearing: Status conference | |
|---|---|---|---|

TO: THE WARDEN OF Danville Correctional Center

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Colin S. Bruce UNITED STATES DISTRICT JUDGE, sitting at Urbana, Illinois. **PLEASE BRING THE INMATE TO THE VIDEO CONFERENCE ROOM AT LEAST 10 MINUTES PRIOR TO THE START OF THE HEARING.** Connection instructions for Judge Bruce attached.

**PERSONS TO APPEAR BY VIDEO**
**ORDER OF APPEARANCE**

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | TIME OF HEARING |
|---|---|---|---|---|
| Mark Scott | K68188 | Danville CC | 11/27/2023 | 10:30AM-11:00AM |
| Judge Bruce | n/a | Courtroom A, Urbana | 11/27/2023 | 10:30AM-11:00AM |
| Ben Elson, Brad Thomson, Hakeem Muhammad | n/a | Courtroom A, Urbana | 11/27/2023 | 10:30AM-11:00AM |
| Mark Alanson | n/a | Courtroom A, Urbana | 11/27/2023 | 10:30AM-11:00AM |
| | | | | |
| | | | | |
| | | | | |

Dated: 7/24/2023

s/Shig Yasunaga
SHIG YASUNAGA, CLERK
UNITED STATES DISTRICT COURT

Format and wording approved by IDOC Legal Counsel 2/11/98



# URBANA

## Judge Bruce

**Participants can log into the video hearing using the Zoom application or go to https://zoom.com/join and entering the following Meeting ID: 16051789866. The Court will admit you from the waiting room once the hearing is ready to begin. For those participating by telephone, call (551) 285-1373 and enter the Meeting ID when prompted to do so.**

Video:
Meeting ID:  160 517 89866

Audio Only:
Phone: 551-285-1373, then enter Meeting ID