UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

VIDEO WRIT

| Case Name: Scott v. Baldwin et al | Case Number: 19-1143 | Beginning Date: 11/12/2024<br><br>Type of Hearing:<br><br>Final Pretrial Conf. | Type of Trial:<br><br>Length of Trial:<br><br>days |
|---|---|---|---|

**TO: THE WARDEN OF Menard Correctional Center**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Eric I. Long, UNITED STATES MAGISTRATE JUDGE, sitting at Urbana, Illinois. **PLEASE BRING THE INMATE TO THE VIDEO CONFERENCE ROOM AT LEAST 10 MINUTES PRIOR TO THE START OF THE HEARING.**

**PERSONS TO APPEAR BY VIDEO**
**ORDER OF APPEARANCE**

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | TIME OF HEARING |
|---|---|---|---|---|
| Mark Scott | K68188 | Menard Correctional Center | 11/12/2024 | 10:00 AM – 11:00 AM |
| Judge Eric I. Long | n/a | Courtroom B, Urbana, IL | 11/12/2024 | 10:00 AM – 11:00 AM |
|  |  |  |  |  |
| Zoom Link: https://zoom.com/join<br>Meeting ID: 160 924 9657 |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: 7/2/2024

s/ Shig Yasunaga

SHIG YASUNAGA, CLERK
UNITED STATES DISTRICT COURT

Format and wording approved by IDOC Legal Counsel 2/11/98