AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL     DISTRICT OF     ILLINOIS

Scott
V.
Baldwin, et al

**EXHIBIT AND WITNESS LIST**

Case Number:  19-CV-1143

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Eric I. Long | Brad Thomson | Paul Watkiss |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/18/24 – 11/20/24 | LC | BG |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/19/24 | x | x | Defendant Francis' Responses to Interrogatories   #12 redacted |
| 2 | | 11/20/24 | x | x | Defendant Delong's Responses to Interrogatories   #12 redacted |
| 3 | | 11/20/24 | x | x | Defendant Little's Responses to Interrogatories w/ answer #12 redacted |
| 4 | | 11/20/24 | x | x | Defendant Slusser's Responses to Interrogatories w/ answer #12 redacted |
| 5 | | 11/19/24 | x | x | Incident Report authored by Defendant Francis dated 2/22/18 |
| 6 | | 11/20/24 | x | x | Incident Report authored by Defendant Delong dated 2/22/18 |
| 7 | | 11/20/24 | x | x | Incident Report authored by Defendant Little dated 2/22/18 |
| 8 | | 11/19/24 | x | x | Incident Report authored by Defendant Slusser dated 2/22/18 |
| 9 | | 11/20/24 | x | x | IDOC Administrative Directive 05.01.173 – Calculated Use of Force Cell Extractions |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____1_____ Pages